IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE HAYES, DIANE CONNOR and ANTOINE MURRAY | : : : : |
| Plaintiffs, | : : Civil Action |
| v. | : : 13-1127 |
| PRISM CAREER INSTITUTE | : : |
| Defendant. | : |

### ORDER

AND NOW, this 10th day of April 2014, upon consideration of plaintiffs' motion for leave to amend (doc. no. 24), defendant's response thereto (doc. no. 29) and plaintiffs' reply (doc. no. 30) **IT IS HEREBY ORDERED** that:

1. Plaintiffs may file an amended complaint which:

    a. Removes pleadings regarding the claims of Ms. Andrews and Mr. Murray;

    b. Changes Diane Connor's name to Diane Rhynes; and

    c. Revises Diane Connor's breach of contract claim.

2. The motion for leave to amend (doc. no. 24) is otherwise **DENIED.**

3. A status conference is scheduled for May 16, 2014 at 2:00 p.m. Plaintiffs' counsel shall initiation the call with defense counsel and conference in Judge Stengel's law clerk at 267-299-7763.

BY THE COURT

_____
LAWRENCE F. STENGEL, J.

xc: Legal